PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Jessica Dawn Peters**                    **Docket No. 7:10-M-1074-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting an official report upon the conduct of defendant, Jessica Dawn Peters, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 9th day of December, 2010, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- The defendant shall not operate a motor vehicle until her driver's license has been restored to do so in the State of North Carolina.

- Participate in a substance abuse program as directed with State Probation / Healing Hearts and authorize U.S. Probation to verify same.

The defendant appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, for arraignment on January 12, 2011, and supervision was continued under existing conditions.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

While on state probation, Peters obtained a substance abuse assessment from Healing Hearts Therapeutic Services in Jacksonville, North Carolina, on October 22, 2010. It was recommended she complete 40 hours of outpatient substance abuse treatment. On December 14, 2010, the defendant's term of state probation terminated. However, she did not complete the recommended treatment.

The Conditions of Release ordered Peters to participate in a substance abuse program as directed with State Probation / Healing Hearts, and authorize U.S. Probation to verify same. In that the defendant did not complete the recommended treatment and is no longer on state probation, it is respectfully recommended the conditions of release be modified to include the defendant participate in a program of inpatient or outpatient substance abuse therapy as directed by the probation officer.

**PRAYING THAT THE COURT WILL ORDER** the defendant participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by the supervising probation officer.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin L. Connolley

Kevin L. Connolley
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.

C. Lee Meeks, Jr.
U.S. Probation Officer
472-C Western Blvd.
Jacksonville, NC 28546-6862
Phone: (910) 347-9038
Executed On: February 17, 2011

## ORDER OF COURT

Considered and ordered this _17_ day of _February_____, 2011, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge